

# Fourth Court of Appeals
## San Antonio, Texas

February 20, 2020

No. 04-19-00759-CV

**IN THE INTEREST OF Z.L.M.C, A CHILD**

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2019PA01569
Honorable John D. Gabriel, Jr., Judge Presiding

# ORDER

Appellee's brief was due on February 11, 2020. *See* TEX. R. APP. P. 38.6(b). After the due date, Appellee filed an unopposed motion for a thirty-day extension of time to file Appellee's brief.

Appellee's motion is GRANTED. Appellee's brief is due on March 12, 2020.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of February, 2020.

_____
Michael A. Cruz,
Clerk of Court